# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————

Case No. 5D2023-1497
LT Case Nos. 2019-CF-002030
2019-CF-002031
2019-CF-002032
2019-CF-002033
2019-CF-002034
2019-CF-002035
2019-CF-002036
2019-CF-002037
2019-CF-002038

—————————————

CORNILIOUS BELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————

On appeal from the Circuit Court for Marion County.
Robert Hodges, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L.
Morris, Assistant Attorney General, Daytona Beach, for
Appellee.

May 21, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and JAY and WALLIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____